IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01343-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-15,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 5 and Defendant John Doe 13 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on August 3, 2015 (ECF No. 17), it is

ORDERED that John Does 5 and 13 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  August 10, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge