IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01343-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JAMES CULHANE,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Unsuccessful Attempted Service and Voluntary Dismissal Without Prejudice of Defendant James Culhane and the Case Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on January 4, 2016 (ECF No. 37), it is

ORDERED that Defendant James Culhane and this case are **DISMISSED WITHOUT PREJUDICE**.

Dated:  January 5, 2016

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge